# PD-0562-15

May ___, 2015

Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas   78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

RE: Motion For Extension of Time
   Appeal No. <u>06-14-00112-CR</u>

Dear Clerk,

   Enclosed, please find the Original Motion For Extension of Time. Please file and bring to the attention of this Court.

   Your assistance will be greatly appreciated in this matter.

Respectfully,

_____
Rashad Lee #1932553
2101 FM 369 North
Iowa Park, Texas 76367

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

Cause No. _____

RASHAD LEE                     §          IN THE COURT
      Petitioner

v.                             §          OF

THE STATE OF TEXAS             §          CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Rashad Lee, Petitioner in the above style file this Motion
For Extension of Time to file his Petition For Discretionary Review (PDR)
from the Court of Appeals Sixth Appellate District of Texas affirming
his appeal in Cause No. 06-14-00112-CR. The Petitioner's Appeal was affirmed
on the date of April 9, 2015.

Pursuant to Texas Rule of Appellate Procedure 48, the Petitioner has
the right to file a pro se Petition for Discretionary Review of the Appellate
Court's decision.

Petitioner is currently in an Education Class, in which utilizes his
time that he should be using to prepare his PDR Petitioner, therefore,
requiring more time to be needed to adequately prepare the Petition.

The Petitioner requests this Court to Grant him an extension of time
for 60 days in which to properly prepare his petition.

### PRAYER

Petitioner pray this Honorable Court will Grant him 60 days inwhich
to prepare his PDR.

Executed on this ____ day of May, 2015.

Respectfully Submitted,

_____
Rashad Lee #1932553
2101 FM 369 North
Iowa Park, Texas    76367

## CERTIFICATE OF SERVICE

I, Rashad Lee, do hereby certify that the Request For Extension of Time was mailed to: Clerk, Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711, by U.S. Mail, postage prepaid on the ___ day of May, 2015.

_____
Rashad Lee